IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE SHUTT, | : | 4:16-CV-1575 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | |
| STACY PARKS-MILLER, | : | |
| *individually and in her official* | : | |
| *capacity,* | : | |
| and | : | |
| CENTRE COUNTY, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

MAY 4, 2017

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Center County's Motion to Dismiss, ECF No. 12, is GRANTED as to Counts I and II.

2. Defendant Stacy Parks-Miller's Motion to Dismiss, ECF No. 17, is GRANTED as to Counts I and II.

3. The Court declines to exercise supplemental jurisdiction over Counts III-VI. The action is DISMISSED WITHOUT PREJUDICE with leave for the Plaintiff to re-file her state law claims in the appropriate Court of Common Pleas.

4. The Clerk is directed to close the case file.

BY THE COURT:


s/ Matthew W. Brann
Matthew W. Brann
United States District Judge